Fill in this information to identify the case:

United States Bankruptcy Court for the:

District of Kansas

Case number (if known): _____ Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | Digital Aerolus, Inc. |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**

8 1 – 1 5 4 9 8 5 0

**4. Debtor's address**

**Principal place of business**

11184 Antioch Rd.
Number        Street

Overland Park, KS 66210
City                    State    ZIP Code

Johnson
County

**Mailing address, if different from principal place of business**

Number        Street

P.O. Box

City                    State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                    State    ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Digital Aerolus, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When __ __/__ __/__ __ __ __ Case number _____
　　　　　　　　　　　　　　　　MM / DD / YYYY

　　District _____ When __ __/__ __/__ __ __ __ Case number _____
　　　　　　　　　　　　　　　MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes. Debtor  Digital Aerolus, Inc. - Involuntary Petition     Relationship _____

　　District  District of Kansas     When   8/24/2022
　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　Case number, if known  22-20789

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br><br>    Number    Street<br><br>_____<br><br>    City          State   ZIP Code<br><br>**Is the property insured?**<br><br>☐ No<br><br>☐ Yes.  Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49  ☑ 50-99  ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999  ☐ 10,001-25,000  ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000  ☐ $1,000,001-$10 million  ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion |

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,000-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    03/09/2023
     MM/ DD/ YYYY

**X**   /s/ Sanford Peterson      Sanford Peterson
   Signature of authorized representative of debtor      Printed name

Title   Secretary

**18. Signature of attorney**

**X**   /s/ Jill D. Olsen      Date   03/09/2023
   Signature of attorney for debtor      MM/ DD/ YYYY

   Jill Olsen
   Printed name

   The Olsen Law Firm, LLC
   Firm name

   118 N Conistor Ln. Suite B290
   Number     Street

   Liberty      MO     64068
   City      State     ZIP Code

   (816) 521-8811      jill@olsenlawkc.com
   Contact phone      Email address

   20105      KS
   Bar number      State

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Kansas

**In re**    Digital Aerolus, Inc.

Case No. _____

**Debtor**                                             Chapter _____11_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .............................................................................$300 per hour

   Prior to the filing of this statement I have received ...............................................................Filing fee of $1,738.00

   Balance Due ..............................................................................................................              $0.00

2. The source of the compensation paid to me was:

   ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor            ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

   Representation in adversary proceedings or on appeal

Page 1 of 2

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

03/09/2023                          /s/ Jill D. Olsen
_____            _____
Date                               Jill Olsen
                                   *Signature of Attorney*

                                            Bar Number: 20105
                                        The Olsen Law Firm, LLC
                                     118 N Conistor Ln. Suite B290
                                            Liberty, MO 64068
                                         Phone: (816) 521-8811

                                   The Olsen Law Firm, LLC
                                   _____
                                   *Name of law firm*

Fill in this information to identify the case:

Debtor name          Digital Aerolus, Inc.

United States Bankruptcy Court for the:

District of Kansas

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1 | **Commerce Bank** | **Checking account** | **0995** | **$67.46** |
| 3.2 | **Commerce Bank** | **Checking account** | **2050** | **$46.58** |

4. **Other cash equivalents** *(Identify all)*
   **None**

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$114.04**

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1 | **Widmer Partners** | **$4,812.50** |
|---|---|---|

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**None**

**9.  Total of Part 2**

Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.                    $4,812.50

---

**Part 3:**   Accounts receivable

**10.  Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

**11.  Accounts Receivable**

11a. 90 days old or less:  _____  -  _____  = ...... ➡  _____
                          face amount          doubtful or uncollectible accounts

11b. Over 90 days old:    _____  -  _____  = ...... ➡  _____
                          face amount          doubtful or uncollectible accounts

**12.  Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.                    $0.00

---

**Part 4:**   Investments

**13.  Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**None**

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of fund or stock:                    % of ownership:

**None**

**16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

---

**None**

17.  **Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.                    $0.00

---

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|--------------------------------------------------------|------------------------------------------|-------------------------------------|

19.  **Raw materials**

**None**

20.  **Work in progress**

**None**

21.  **Finished goods, including goods held for resale**

**None**

22.  **Other inventory or supplies**

22.1  All physical assets in storage, includes electronics and bespoke/specialized parts and plastics related to the company's UAV production | MM / DD / YYYY | (Unknown) | Auction/sale value | (Unknown)

23.  **Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.                    $0.00

24.  **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|-------------------------------------------------------------------------------|

**27.  Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.  Crops — either planted or harvested**

   **None**

**29.  Farm animals** *Examples*: Livestock, poultry, farm-raised fish

   **None**

**30.  Farm machinery and equipment** (Other than titled motor vehicles)

   **None**

**31.  Farm and fishing supplies, chemicals, and feed**

   **None**

**32.  Other farming and fishing-related property not already listed in Part 6**

   **None**

**33.  Total of Part 6**
   Add lines 28 through 32. Copy the total to line 85.                                          $0.00

**34.  Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
   ☐ No
   ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

Part 7:  Office furniture, fixtures, and equipment: and collectibles

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39.** Office furniture

**None**

**40.** Office fixtures

**None**

**41.** Office equipment, including all computer equipment and communication systems equipment and software

| 41.1  3D Printer (Purchased from Chris Aquayo) | $0.00 | Book value | $0.00 |
|---|---|---|---|

Additional Page Total - *See continuation page for additional entries*                                                                $183,491.48

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**None**

**43.** Total of Part 7

Add lines 39 through 42. Copy the total to line 86.                                                                               $183,491.48

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 8:** Machinery, equipment, and vehicles

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.** Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

None

48. **Watercraft, trailers, motors, and related accessories** *Examples*:
    Boats, trailers, motors, floating homes, personal watercraft, and fishing
    vessels

    None

49. **Aircraft and accessories**

    None

50. **Other machinery, fixtures, and equipment (excluding farm machinery
    and equipment)**

    None

51. **Total of Part 8**
    Add lines 47 through 50. Copy the total to line 87.                                          $0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Part 9: | Real Property |
|---------|---------------|

54. **Does the debtor own or lease any real property?**
    ☑ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

| General description | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-----------------------------------------------------|-------------------------------------|-----------------------------------------|------------------------------------|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | | (Where available) | | |

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

    None

56. **Total of Part 9**
    Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.    $0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑ No
    ☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:    Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 __8 Patents (5 granted, 2 published, 1 pending)__ | __(Unknown)__ | __Auction/sale value__ | __(Unknown)__ |
| Additional Page Total - *See continuation page for additional entries* | | | __$0.00__ |
| **61. Internet domain names and websites** | | | |
| 61.1 __Aertos.com__ | __$0.00__ | __Book value__ | __$0.00__ |
| Additional Page Total - *See continuation page for additional entries* | | | __$0.00__ |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 __GitHub software license__ | __$0.00__ | __Auction/sale value__ | __$0.00__ |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1 __Hard copy of supplier list with contact info__ | __$0.00__ | __Auction/sale value__ | __$0.00__ |
| Additional Page Total - *See continuation page for additional entries* | | | __$0.00__ |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1 __Arena PLC__ | __$0.00__ | __Auction/sale value__ | __$0.00__ |
| Additional Page Total - *See continuation page for additional entries* | | | __$0.00__ |
| **65. Goodwill** | | | |
| None | | | |
| **66. Total of Part 10** Add lines 60 through 65. Copy the total to line 89. | | | __$0.00__ |

**67. Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

☑ No

☐ Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:**  All other assets

**70.  Does the debtor own any other assets that have not yet been reported on this form?**
☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71.  Notes receivable**
Description (include name of obligor)

**None**

**72.  Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1  **Form 941 Employer Retention Tax Credits** _____    Tax year:  ____**2021**____       ____**$219,079.00**

**Additional Page Total** - *See continuation page for additional entries*                    _____**$0.00**

**73.  Interests in insurance policies or annuities**

**None**

**74.  Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1  **Possible claims against former officers and shareholders** _____                        _____**(Unknown)**
Nature of Claim   __Breach of fiduciary duty and other claims__
Amount Requested   __(Unknown)__

**75.  Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

**76.  Trusts, equitable or future interests in property**

**None**

**77.  Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**None**

**78.** **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.                    $219,079.00

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor **Digital Aerolus, Inc.**      Case number *(if known)* _____
Name

| Part 12: | Summary |
|---|---|

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $114.04 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $4,812.50 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $183,491.48 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................... | → | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $219,079.00 | |
| 91. **Total.** Add lines 80 through 90 for each column...... 91a. | $407,497.02 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ............................................................. | | $407,497.02 |

Case 23-20226   Doc# 1   Filed 03/10/23   Page 16 of 88

◼ **Additional Page**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **41.** **Office equipment - *Continued*** | | | |
| 41.2 **3D Printer from Formlabs** | **$2,081.10** | **Book value** | **$2,081.10** |
| 41.3 **Formlabs 3l 3D Printer** | **$4,873.45** | **Book value** | **$4,873.35** |
| 41.4 **Canon EF 6k Cinema Camera** | **$0.00** | **Book value** | **$0.00** |
| 41.5 **Gigahertz Optik X1-5 Optometer, UV Detector** | **$0.00** | **Book value** | **$0.00** |
| 41.6 **Apple Computer (Jeff Alholm)** | **$0.00** | **Book value** | **$0.00** |
| 41.7 **3 Laptops 1014.00 Each-BL, LS, RD** | **$0.00** | **Book value** | **$0.00** |
| 41.8 **Apple Computer for Marketing (Eli)** | **$0.00** | **Book value** | **$0.00** |
| 41.9 **Apple Computer for Jameson/Chris Palmer** | **$0.00** | **Book value** | **$0.00** |
| 41.10 **AMD (ATI Radeon) Powerspec G464** | **$106.28** | **Book value** | **$106.28** |
| 41.11 **Apple Laptop (Jeremey Kirby)** | **$833.67** | **Book value** | **$833.67** |
| 41.12 **Injection molds - Fast Radius has possession** | **$129,688.68** | **Book value** | **$129,688.68** |
| 41.13 **Injection molds - Fast Radius has possession** | **$45,908.40** | **Book value** | **$45,908.40** |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets - *Continued*** | | | |
| 60.2 **Possible software code or other copyrightable materials, so labeled in GitHub software license** | **(Unknown)** | | **(Unknown)** |
| 60.3 **Aertos Trademark, granted 7-9-19** | **(Unknown)** | | **(Unknown)** |
| 60.4 **Digital Aerolus trademark, granted 5-21-19** | **(Unknown)** | | **(Unknown)** |
| **61.** **Internet domain names and websites - *Continued*** | | | |
| 61.2 **DigitalAerolus.com** | **(Unknown)** | | **(Unknown)** |
| **63.** **Customer lists, mailing lists, or other compilations - *Continued*** | | | |
| 63.2 **Customer Sales System (Freshworks/Freshsales)** | **(Unknown)** | | **(Unknown)** |
| **64.** **Other intangibles, or intellectual property - *Continued*** | | | |
| 64.2 **Solidworks** | **(Unknown)** | | **(Unknown)** |
| 64.3 **Altium** | **(Unknown)** | | **(Unknown)** |
| 64.4 **FreshWorks** | **(Unknown)** | | **(Unknown)** |
| 64.5 **Atlassian** | **(Unknown)** | | **(Unknown)** |
| 64.6 **Google Drives** | **(Unknown)** | | **(Unknown)** |
| 64.7 **Hard Copy of DA user's manual for Aertos UAV owners** | **(Unknown)** | | **(Unknown)** |
| 64.8 **DA report to Electric Producer's Research Institute** | **(Unknown)** | | **(Unknown)** |

███  **Additional Page**

64.9  **Aertos 130IR informational brochure**_____        _____ **(Unknown)**  _____        _____ **(Unknown)**

64.10  **Reseller-Distributor program brochure**_____        _____ **(Unknown)**  _____        _____ **(Unknown)**

64.11  **Seikowave & ComEd sales proposal template**___        _____ **(Unknown)**  _____        _____ **(Unknown)**

64.12  **Possible manufacturer's warranty rights**_____        _____ **(Unknown)**  _____        _____ **(Unknown)**

|  |  |
| --- | --- |
|  | **Current value of debtor's interest** |

**72.  Tax refunds and unused net operating losses (NOLs) -** *Continued*

Description (for example, federal, state, local)

72.2  **Unused net operating loss of $2,214,511 (pre-tax only)**_____        Tax year:  __2021__        _____ **$0.00**

72.3  **Unused net operating losses of $8,034,410 (pre-tax only)**_____        Tax year:  __2016-2020__        _____ **$0.00**

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**2.1**

**Creditor's name**

Small Business Administration

**Creditor's mailing address**

District Counsel
US Small Business Administration

220 W. Douglas Ave. Suite 450

Wichita, KS 67202

**Creditor's email address, if known**

**Date debt was incurred**     6-3-2020

**Last 4 digits of account number**     ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

3 Laptops 1014.00 Each-BL, LS, RD, 3D Printer
(Purchased from Chris Aquayo), 3D Printer from
Formlabs, 8 Patents (5 granted, 2 published, 1
pending), Aertos Trademark, granted 7-9-19, AMD (ATI
Radeon) Powerspec G464, Apple Computer (Jeff
Alholm), Apple Computer for Jameson/Chris Palmer,
Apple Laptop (Jeremey Kirby), Apple Computer for
Marketing (Eli), Canon EF 6k Cinema Camera,
Commerce Bank, Commerce Bank, Form 941 Employer
Retention Tax Credits, Formlabs 3l 3D Printer,
Gigahertz Optik X1-5 Optometer, UV Detector, Injection
molds - Fast Radius has possession, Injection molds -
Fast Radius has possession

**Describe the lien**

SBA Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $81,800.00   Column B: $402,684.52

**Remarks:** Secured by lien on all collateral

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $81,800.00

Debtor __Digital Aerolus, Inc.__  Case number (if known) _____
       Name

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Office of the United States Attorney<br>Robert J. Dole U.S. Courthouse, Suite 360<br>500 State Ave.<br>Kansas City, KS 66101 | Line 2. _1_ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor name _____ Digital Aerolus, Inc. _____

United States Bankruptcy Court for the:
_____ District of Kansas

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

**1.  Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br><br>Scott Benson<br><br>419 E. Partridge Ave.<br><br>Independence, MO 64055-1421<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account<br>number __ __ __ __<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the Claim:<br>Wages<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **$1,522.50** | **$1,522.50** |
| **2.2** Priority creditor's name and mailing address<br><br>_____<br><br>_____<br><br>_____<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account<br>number __ __ __ __<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | _____ | _____ |

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 1 of 26

Debtor    **Digital Aerolus, Inc.**
_____        Case number *(if known)* _____
         Name

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

Aaron Crabb

5523 Rockhill Rd.

Kansas City, MO 64110

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid consulting fees

Is the claim subject to offset?
☒ No
☐ Yes

$6,975.00

**3.2** Nonpriority creditor's name and mailing address

Aaron Crabb

5523 Rockhill Rd.

Kansas City, MO 64110

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Unexercised stock options

Is the claim subject to offset?
☒ No
☐ Yes

$10,002.00

**3.3** Nonpriority creditor's name and mailing address

Allay Lu Freeman

8509 W. 78th St.

Overland Park, KS 66204

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid consulting fees

Is the claim subject to offset?
☒ No
☐ Yes

$430.00

**3.4** Nonpriority creditor's name and mailing address

Altima Advisors

One Liberty Place - 55th Floor

Philadelphia, PA 19103

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Attorney's fees

Is the claim subject to offset?
☒ No
☐ Yes

$1,145.50

| Debtor | **Digital Aerolus, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

**3.5** Nonpriority creditor's name and mailing address
Altima Advisors

One Liberty Place - 55th Floor

Philadelphia, PA 19103

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Contingent attorneys fees

Is the claim subject to offset?
☑ No
☐ Yes

$14,000.00

---

**3.6** Nonpriority creditor's name and mailing address
Arttra

c/o Dennis Dierks

10006 W. 127th Terr.

Overland Park, KS 66213

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Unpaid consulting fees

Is the claim subject to offset?
☑ No
☐ Yes

$14,899.75

---

**3.7** Nonpriority creditor's name and mailing address
Atmos Energy

PO Box 740353

Cincinnati, OH 45274

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utility bill

Is the claim subject to offset?
☑ No
☐ Yes

$458.69

---

**3.8** Nonpriority creditor's name and mailing address
Bennett Vavak

10420 Grant Ln.

Overland Park, KS 66212

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid consulting fees

Is the claim subject to offset?
☑ No
☐ Yes

$2,360.00

| Debtor | **Digital Aerolus, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**3.9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,674.22 |
|---|---|---|

**BMO Harris**

11301 Nall Ave.

Leawood, KS 66211

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Credit card__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.10**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,740.00 |
|---|---|---|

**BR Data and AI, LLC**

8709 W. 113th St.

Overland Park, KS 66210

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Unpaid consulting fees__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.11**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|

**Charles Brandon**

9020 W. 64th Pl. Apt. 104

Mission, KS 66202

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Claim filed with KS Dept of Labor__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.12**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,040.00 |
|---|---|---|

**Chris Aguayo**

500 E. Maple St.

Glendale, CA 91205

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __Unexercised stock options__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Digital Aerolus, Inc.**
Name

Case number *(if known)*

---

<div style="background:black;color:white">**Part 2:**</div> Additional Page

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,750.65 |

Commerce Bank

922 Walnut Suite 1100

Kansas City, MO 64106

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit card**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ☑ No
☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |

Commonwealth Edison

c/o Exelon Business Services Co. LLC

2301 Market

Philadelphia, PA 19103

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Unfinished contract**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ☑ No
☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,968.46 |

Cortizo Abogados SCP

CIF: J82441395

Calle Pionar n 5

Madrid 28006 Spain,

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal fees**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ☑ No
☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $550.20 |

Dave Dyer

8012 Juniper Dr.

Prairie Village, KS 66208

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid consulting fees**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ☑ No
☐ Yes

| Debtor | **Digital Aerolus, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

Dennis Welzenbach

10965 Granada Ln #111

Leawood, KS 66211

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** SAR Notes

**Is the claim subject to offset?**
☑ No
☐ Yes

$65,026.25

---

**3.18** Nonpriority creditor's name and mailing address

Device Services, LLC

6320 Brookside Plaza Unit 512

Kansas City, MO 64113

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid consulting fees

**Is the claim subject to offset?**
☑ No
☐ Yes

$215,024.07

---

**3.19** Nonpriority creditor's name and mailing address

Discovery Business Support Services LLC

1000 Speer Blvd Apt. 701

Denver, CO 80204

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid consulting fees

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,419.69

---

**3.20** Nonpriority creditor's name and mailing address

Doug Bachtel

4302 W. 82nd Terr.

Prairie Village, KS 66208

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid consulting fees

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,960.00

| Debtor | Digital Aerolus, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**3.21**

Nonpriority creditor's name and mailing address

Dr. Joe Schwedtfeger

12530 Newton St. Apt. 3106

Overland Park, KS 66213

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Interest payable notes and SAR Notes

Is the claim subject to offset?
☑ No
☐ Yes

$35,776.41

---

**3.22**

Nonpriority creditor's name and mailing address

Dr. Sanford Peterson

14012 Windsor

Overland Park, KS 66224

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Interest payable notes, SAR Notes and demand notes

Is the claim subject to offset?
☑ No
☐ Yes

$97,274.41

---

**3.23**

Nonpriority creditor's name and mailing address

Evergy

PO Box 219330

Kansas City, MO 64121

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility bill

Is the claim subject to offset?
☑ No
☐ Yes

$6,531.12

---

**3.24**

Nonpriority creditor's name and mailing address

Exact Accounting Solutions, Inc.

9030 W. 168th St

Stilwell, KS 66085

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Bookkeeping

Is the claim subject to offset?
☑ No
☐ Yes

$1,596.25

| Debtor | Digital Aerolus, Inc. | Case number *(if known)* _____ |
|--------|----------------------|------------------|
| | Name | |

## Part 2: Additional Page

**3.25** | Nonpriority creditor's name and mailing address

Exhibit Associates

1540 Atlantic St.

Kansas City, MO 64116

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Warehouse storage

Is the claim subject to offset?
☑ No
☐ Yes

$566.00

---

**3.26** | Nonpriority creditor's name and mailing address

Fast Radius, Inc.

113 N May St.

Chicago, IL 60607

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Contract

Is the claim subject to offset?
☑ No
☐ Yes

$315,077.57

---

**3.27** | Nonpriority creditor's name and mailing address

Fed Ex Corp. Revenue Services

3965 Airways, Module G

Memphis, TN 38116

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Shipping charges

Is the claim subject to offset?
☑ No
☐ Yes

$36.72

---

**3.28** | Nonpriority creditor's name and mailing address

Fenwick & West LLp

801 California St.

Mountain View, CA 94041

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Legal fees

Is the claim subject to offset?
☑ No
☐ Yes

$2,780.44

| Debtor | Digital Aerolus, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

**3.29** | Nonpriority creditor's name and mailing address

Franchise Tax Board CA

PO Box 942857

Sacramento, CA 94257

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Franchise fee

**Is the claim subject to offset?**
☑ No
☐ Yes

$333.98

---

**3.30** | Nonpriority creditor's name and mailing address

Geoffrey Roper

16 S. 9th St. Ste 303

Duncan, OK 73533

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid consulting fees

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,207.50

---

**3.31** | Nonpriority creditor's name and mailing address

Gorilla Circuits

1445 Oakland Rd

San Jose, CA 95112

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Purchase contract

**Is the claim subject to offset?**
☑ No
☐ Yes

$36,080.00

---

**3.32** | Nonpriority creditor's name and mailing address

Hazelton & Laner

4600 Madison Suite 650

Kansas City, MO 64112

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal fees

**Is the claim subject to offset?**
☑ No
☐ Yes

$28,035.00

## Part 2: Additional Page

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$15,466.00** |
|---|---|---|---|

**3.33** Nonpriority creditor's name and mailing address
Hovey Williams

10801 Mastin Blvd. Suite 1000

Overland Park, KS 66210

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Patent attorneys__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$15,466.00**

---

**3.34** Nonpriority creditor's name and mailing address
Howe & Company CPA, PC

1201 Walnut St Suite 950

Kansas City, MO 64106

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Tax accountants__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,240.00**

---

**3.35** Nonpriority creditor's name and mailing address
Humana

PO Box 4600

Carol Stream, IL 60197

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Dental and vision insurance__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$326.57**

---

**3.36** Nonpriority creditor's name and mailing address
Husch Blackwell

4801 Main St. Suite 1000

Kansas City, MO 64112

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Legal fees__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$22,307.00**

| Debtor | Digital Aerolus, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**3.37**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,317.77 |
|---|---|---|

Jacob Wilson

12740 Flint St.

Overland Park, KS 66213

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid consulting fees

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.38**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|

Jameson Huckaba

301 E. Armour Blvd. #514

Kansas City, MO 64111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid consulting fees

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.39**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,371.00 |
|---|---|---|

Jeff Pease

PO Box 111

Islesford, ME 04646

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unexercised stock options

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.40**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,302.00 |
|---|---|---|

Jeff Pease

PO Box 111

Islesford, ME 04646

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid consulting fees

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Digital Aerolus, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,509.50 |
|---|---|---|---|

**3.41** Nonpriority creditor's name and mailing address

Jeffery Alholm

425 W. Meyer Blvd.

Kansas City, MO 64113

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** Unpaid wages

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$10,509.50

---

**3.42** Nonpriority creditor's name and mailing address

Jeffery Alholm

425 W. Meyer Blvd.

Kansas City, MO 64113

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** Repayment of advances

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$2,002.61

---

**3.43** Nonpriority creditor's name and mailing address

Jeffery Alholm

425 W. Meyer Blvd.

Kansas City, MO 64113

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Interest payable notes

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$8,914.25

---

**3.44** Nonpriority creditor's name and mailing address

Jeffrey Alholm

425 W Meyer Blvd

Kansas City, MO 64113

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** Out of pocket expenses

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$5,479.85

Debtor __Digital Aerolus, Inc.__                          Case number *(if known)* _____
               Name

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9.50** |
|---|---|---|---|

**3.45** Nonpriority creditor's name and mailing address

Jeremey Kirby

10531 W. 113th St Apt. 4407

Overland Park, KS 66210

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid consulting fees

Is the claim subject to offset?
☑ No
☐ Yes

**$9.50**

---

**3.46** Nonpriority creditor's name and mailing address

Jeremey Kirby

10531 W. 113th St Apt. 4407

Overland Park, KS 66210

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Claim filed with KS Dept of Labor

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.47** Nonpriority creditor's name and mailing address

Jerome Capital

27101 w 77th St

Shawnee, KS 66227

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Demand notes

Is the claim subject to offset?
☑ No
☐ Yes

**$18,458.09**

---

**3.48** Nonpriority creditor's name and mailing address

Jerome Wong

94 Brown Rd

Scarsdale, NY 10583

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Interest payable notes

Is the claim subject to offset?
☑ No
☐ Yes

**$18,268.56**

Debtor   **Digital Aerolus, Inc.**                                    Case number *(if known)* _____
         Name

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**3.49** Nonpriority creditor's name and mailing address
**Jet Aircraft Services SL**

**Centro de Negocios Eisenhower Edificio 24**
**Atico B 6a planta**

**Av. Sur del Aeropuerto del Barajas**

**28042 Madrid Spain,**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Possible Warranty Claim**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

---

**3.50** Nonpriority creditor's name and mailing address
**John Blessing**

**3144 Black Swan Dr**

**Shawnee, KS 66216**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Unexercised stock **options**

Is the claim subject to offset?
☑ No
☐ Yes

$4,502.00

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

---

**3.51** Nonpriority creditor's name and mailing address
**John Blessing**

**3144 Black Swan Dr**

**Shawnee, KS 66216**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Out of pocket expenses**

Is the claim subject to offset?
☑ No
☐ Yes

$510.96

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

---

**3.52** Nonpriority creditor's name and mailing address
**Julie Saylor Green Trust**

**4800 Main St. Ste 502**

**Kansas City, MO 64112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Demand notes**

Is the claim subject to offset?
☑ No
☐ Yes

$28,113.86

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

| Debtor | Digital Aerolus, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

**3.53**

Nonpriority creditor's name and mailing address

Keith E. Clark Revocable Trust

9322 W 155th Terr.

Overland Park, KS 66221

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: Interest payable notes

Is the claim subject to offset?
- [x] No
- [ ] Yes

$6,965.48

---

**3.54**

Nonpriority creditor's name and mailing address

Laurence Williams

279 Amherst Rd Apt. 5

Sunderland, MA 01375

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: Unpaid consulting fees

Is the claim subject to offset?
- [x] No
- [ ] Yes

$64,035.00

---

**3.55**

Nonpriority creditor's name and mailing address

Leo Johns III

11515 Bradshaw

Overland Park, KS 66210

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim: Claim filed with KS Dept of Labor

Is the claim subject to offset?
- [x] No
- [ ] Yes

unknown

---

**3.56**

Nonpriority creditor's name and mailing address

Marie Barden

22287 Mulholland Hwy Suite 143

Calabasas, CA 91302

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: Unpaid consulting fees

Is the claim subject to offset?
- [x] No
- [ ] Yes

$1,000.00

| Debtor | Digital Aerolus, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**3.57** Nonpriority creditor's name and mailing address

Mark Rosenau

22850 154th St.

Leavenworth, KS 66048

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Interest payable note

Is the claim subject to offset?
☑ No
☐ Yes

$8,473.95

---

**3.58** Nonpriority creditor's name and mailing address

Mark S. Jones

4607 W. 69th Terr.

Prairie Village, KS 66208

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid consulting fees

Is the claim subject to offset?
☑ No
☐ Yes

$8,560.00

---

**3.59** Nonpriority creditor's name and mailing address

Matt Doernhoefer

8107 Summerfield St.

Fort Myers, FL 33919

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid consulting fees

Is the claim subject to offset?
☑ No
☐ Yes

$10,998.00

---

**3.60** Nonpriority creditor's name and mailing address

McGrew Farms

14025 Melrose

Overland Park, KS 66221

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Interest payable notes and demand notes

Is the claim subject to offset?
☑ No
☐ Yes

$35,595.05

| Part 2: | Additional Page |
|---|---|

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,824.00 |
|---|---|---|---|

**Mini Maid Jo Co**

**13100 W. 95th St.**

**Lenexa, KS 66215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Cleaning services

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**Morris P. Hebert**

**116 Venture Blvd.**

**Houma, LA 70360**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Possible Warranty Claim

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,697.43 |
|---|---|---|---|

**Nine Ten Drones**

**6200 Ramsey St Suite 200**

**Fayetteville, NC 28311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid consulting fees and out of pocket expenses

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95,198.30 |
|---|---|---|---|

**Nova Engineering**

**1011 W. 45th Ave.**

**Denver, CO 80211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Contract

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Digital Aerolus, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

**3.65** Nonpriority creditor's name and mailing address

Penn State University

224 Hosler Bldg.

University Park, PA 16802

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Outstanding sales order - product not delivered

Is the claim subject to offset?
☑ No
☐ Yes

$32,000.00

---

**3.66** Nonpriority creditor's name and mailing address

Peterson Management Services

14012 Windsor St.

Overland Park, KS 66224

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit card

Is the claim subject to offset?
☑ No
☐ Yes

$14,030.40

---

**3.67** Nonpriority creditor's name and mailing address

Peterson Management Services

14012 Windsor St.

Overland Park, KS 66224

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unpaid consulting fees & advanced credit card payments

Is the claim subject to offset?
☑ No
☐ Yes

$18,813.48

---

**3.68** Nonpriority creditor's name and mailing address

RDD Holding Company, LLC

4501 W. 135th St.

Overland Park, KS 66224

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Interest payable notes, SAR Notes and demand notes

Is the claim subject to offset?
☑ No
☐ Yes

$457,545.91

| Debtor | **Digital Aerolus, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

**3.69** Nonpriority creditor's name and mailing address
Redwood Analytix

13851 W. 63rd St. #301

Shawnee, KS 66216

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Judgment

Is the claim subject to offset?
☑ No
☐ Yes

$15,803.77

---

**3.70** Nonpriority creditor's name and mailing address
Richard Pease

7516 W. 95th Terr.

Overland Park, KS 66212

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unpaid consulting fees

Is the claim subject to offset?
☑ No
☐ Yes

$18,999.50

---

**3.71** Nonpriority creditor's name and mailing address
RN Technologies

1225 Franklin Ave Suite 325

Garden City, NY 11530

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Joint debt with Zodiac Founders ($35000 is total amount owed to both companies)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Outstanding sales order - product not delivered

Is the claim subject to offset?
☑ No
☐ Yes

$17,500.00

---

**3.72** Nonpriority creditor's name and mailing address
Robert Green

4800 Main St. Ste 502

Kansas City, MO 64112

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Interest payable notes and SAR Notes

Is the claim subject to offset?
☑ No
☐ Yes

$156,491.92

| Debtor | **Digital Aerolus, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

**3.73** Nonpriority creditor's name and mailing address

Rod Underdown

10710 W. 192nd Pl.

Spring Hill, KS 66083

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid wages

Is the claim subject to offset?
☑ No
☐ Yes

$167,727.26

---

**3.74** Nonpriority creditor's name and mailing address

Rod Underdown

10710 W. 192nd Pl.

Spring Hill, KS 66083

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Repayment of advances

Is the claim subject to offset?
☑ No
☐ Yes

$139,325.00

---

**3.75** Nonpriority creditor's name and mailing address

Rod Underdown

10710 W. 192nd Pl.

Spring Hill, KS 66083

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Out of pocket expenses

Is the claim subject to offset?
☑ No
☐ Yes

$800.00

---

**3.76** Nonpriority creditor's name and mailing address

Rodney Underdown

10710 W. 192nd Pl.

Spring Hill, KS 66083

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Interest payable notes, SAR Notes and demand notes

Is the claim subject to offset?
☑ No
☐ Yes

$1,232,230.52

| Part 2: | Additional Page |
|---|---|

**3.77** Nonpriority creditor's name and mailing address
RRL, LLC

638 Soldier Creek Rd

Sheridan, WY 82801

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Interest payable note

Is the claim subject to offset?
☑ No
☐ Yes

$417.10

---

**3.78** Nonpriority creditor's name and mailing address
Scott Benson

419 E. Partridge Ave.

Independence, MO 64055

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Out of pocket expenses

Is the claim subject to offset?
☑ No
☐ Yes

$2,464.63

---

**3.79** Nonpriority creditor's name and mailing address
Shark-co Mfg., LLC

1231 Indianapolis Ave

Lebanon, IN 46052

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Contract

Is the claim subject to offset?
☑ No
☐ Yes

$3,750.00

---

**3.80** Nonpriority creditor's name and mailing address
Siegfreid Bingham PC

Dept. 582

PO Box 412917

Kansas City, MO 64141

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Legal fees

Is the claim subject to offset?
☑ No
☐ Yes

$30,333.22

| Debtor | **Digital Aerolus, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**3.81** Nonpriority creditor's name and mailing address

Spectrum Business

PO Box 1104

Carol Stream, IL 60132

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Internet

Is the claim subject to offset?
☑ No
☐ Yes

$685.01

---

**3.82** Nonpriority creditor's name and mailing address

Steve Lautenschlager

120 NE 103rd Terr.

Kansas City, MO 64155

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Claim filed with KS Dept of Labor

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.83** Nonpriority creditor's name and mailing address

Steven Vick

2703 University Dr Apt. 101

Lawrence, KS 66049

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid consulting fees

Is the claim subject to offset?
☑ No
☐ Yes

$976.00

---

**3.84** Nonpriority creditor's name and mailing address

The Dodo Brand

19634 W. 115th Ct.

Olathe, KS 66061

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Products provided but not paid for

Is the claim subject to offset?
☑ No
☐ Yes

$198.88

---

| Debtor | **Digital Aerolus, Inc.** | Case number (if known) _____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,789.80 |
|---|---|---|---|

**3.85** Nonpriority creditor's name and mailing address
Thomas Williams
68 Nickerson Rd.
Orleans, MA 02653

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unpaid consulting fees and out of pocket expenses

Is the claim subject to offset?
☑ No
☐ Yes

$27,789.80

---

**3.86** Nonpriority creditor's name and mailing address
Underdown Salt & Light LLC
10710 W. 192nd Pl.
Spring Hill, KS 66083

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Out of pocket expenses

Is the claim subject to offset?
☑ No
☐ Yes

$3,121.85

---

**3.87** Nonpriority creditor's name and mailing address
Venture Industrial Products, Inc.
525 SE Oldham Pkwy
Lees Summit, MO 64081

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Contract

Is the claim subject to offset?
☑ No
☐ Yes

$872.50

---

**3.88** Nonpriority creditor's name and mailing address
Waste Management
PO Box 55558
Boston, MA 02205

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trash service

Is the claim subject to offset?
☑ No
☐ Yes

$774.89

| Debtor | **Digital Aerolus, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**3.89** Nonpriority creditor's name and mailing address

Widmer Partners, LLC

221 W. 74th Terr.

Kansas City, MO 64114

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Past due rent__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$11,920.41

---

**3.90** Nonpriority creditor's name and mailing address

Worldwide Express

500 N. Capital of Texas Hwy

Austin, TX 78746

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Shipping__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$4,452.29

---

**3.91** Nonpriority creditor's name and mailing address

Zodiac Founders

20 Winchester Dr.

Glen Head, NY 11545

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Outstanding sales order - product not delivered__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$17,500.00

Remarks:
Debt is jointly to RN Technologies ($35000 total debt for both companies)

Debtor    **Digital Aerolus, Inc.**
_____    Case number *(if known)* _____
Name

<table>
<tr><td colspan="3" style="background-color:black;color:white;">**Part 3:**    List Others to Be Notified About Unsecured Claims</td></tr>
</table>

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Credit World Services** <br> **6000 Martway St.** <br> **Mission, KS 66202** | Line **3.23** <br> ☐ Not listed. Explain _____ | 6  4  4  2 |
| 4.2 **KS Dept of Labor** <br> **401 SW Topeka Blvd.** <br> **Topeka, KS 66603-3182** | Line **3.46** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3 **KS Dept of Labor** <br> **401 SW Topeka Blvd.** <br> **Topeka, KS 66603-3182** | Line **3.82** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4 **KS Dept of Labor** <br> **401 SW Topeka Blvd.** <br> **Topeka, KS 66603-3182** | Line **3.11** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5 **KS Dept of Labor** <br> **401 SW Topeka Blvd.** <br> **Topeka, KS 66603-3182** | Line **3.55** <br> ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor    __Digital Aerolus, Inc._____         Case number *(if known)* _____
          Name

**Part 4:**  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**  **Add the amounts of priority and nonpriority unsecured claims.**

|  | | | **Total of claim amounts** |
|---|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | | __$1,522.50_____ |
| 5b.  **Total claims from Part 2** | 5b. | **+** | __$3,707,190.95_____ |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | __$3,708,713.45_____ |

Fill in this information to identify the case:

Debtor name _____ Digital Aerolus, Inc. _____

United States Bankruptcy Court for the:
_____ District of Kansas _____

Case number (if known): _____ Chapter __11__

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Brokerage Agreement for IP Asset Sale - currently month to month | Ocean Tomo Transactions, LLC |
| | | Contract to be ASSUMED | 200 W. Madison St. |
| | State the term remaining | 0 months | Chicago, IL 60606 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Distributor Agreement - month to month | Jet Aircraft Services SL |
| | | Contract to be ASSUMED | Centro de Negocios Eisenhower Edificio 24 Atico B 6a planta Av. Sur del Aeropuerto del Barajas 28042 Madrid Spain |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Feasibility Study & Agreement | SAVTEQ, Inc. |
| | | Contract to be REJECTED | ASTeCC Building A115 |
| | State the term remaining | 0 months | 145 Graham Ave. |
| | List the contract number of any government contract | | Lexington, KY 40506 |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Health insurance | United Healthcare |
| | | Contract to be REJECTED | PO Box 19032 |
| | State the term remaining | 0 months | Green Bay, WI 54307 |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Health insurance |
| | | Contract to be REJECTED |
| | State the term remaining | 0 months |
| | List the contract number of any government contract | |

Humana
PO Box 4600
Carol Stream, IL 60197

| | | |
|---|---|---|
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | insurance |
| | | Contract to be REJECTED |
| | State the term remaining | 0 months |
| | List the contract number of any government contract | |

Mutual of Omaha
PO Box 2147
Omaha, NE 68103

| | | |
|---|---|---|
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | Computer storage month to month |
| | | Contract to be ASSUMED |
| | State the term remaining | 0 months |
| | List the contract number of any government contract | |

Google Suite gmail and Google drives
1600 Amphitheatre Pkwy
Mountain View, CA 94043

| | | |
|---|---|---|
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | customer contact management |
| | | Contract to be REJECTED |
| | State the term remaining | 0 months |
| | List the contract number of any government contract | |

Freshworks
2950 S. Delaware St Suite 201
San Mateo, CA 94403

| | | |
|---|---|---|
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | Software code repository month to month |
| | | Contract to be ASSUMED |
| | State the term remaining | 0 months |
| | List the contract number of any government contract | |

GitHub
88 Colin P Kelly Jr. St.
San Francisco, CA 94107

| | | |
|---|---|---|
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest | Quickbooks accounting software - month to month |
| | | Contract to be ASSUMED |
| | State the term remaining | 0 months |
| | List the contract number of any government contract | |

Intuit
E Commerce Center Pl
Tucson, AZ 85706

Official Form 206G                Schedule G: Executory Contracts and Unexpired Leases                page 2 of 3

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.11**
**State what the contract or lease is for and the nature of the debtor's interest**    Software contract month to month
Contract to be ASSUMED

**State the term remaining**    0 months

**List the contract number of any government contract**

Atlassian
Level 6 341 George St Sydney NSW 2000 Australia

---

**2.12**
**State what the contract or lease is for and the nature of the debtor's interest**    Web hosting - month to month
Contract to be ASSUMED

**State the term remaining**    0 months

**List the contract number of any government contract**

Kinsta
8605 Santa Monica Blvd. #92581
West Hollywood, CA 90069

---

**2.13**
**State what the contract or lease is for and the nature of the debtor's interest**    Mailbox - month to month
Contract to be ASSUMED

**State the term remaining**    0 months

**List the contract number of any government contract**

The UPS Store
11184 Antioch Rd
Overland Park, KS 66210

---

**2.14**
**State what the contract or lease is for and the nature of the debtor's interest**    payroll/HR provider - month to month
Contract to be ASSUMED

**State the term remaining**    0 months

**List the contract number of any government contract**

Lever 1
450 E. 4th St
Kansas City, MO 64106

---

**2.15**
**State what the contract or lease is for and the nature of the debtor's interest**    D&O Insurance
Contract to be ASSUMED

**State the term remaining**    8 months

**List the contract number of any government contract**

Berkley Insurance Company
550 W. Jackson Blvd. Suite 500
Chicago, IL 60661

---

**2.16**
**State what the contract or lease is for and the nature of the debtor's interest**    Warehouse storage month to month
Contract to be ASSUMED

**State the term remaining**    0 months

**List the contract number of any government contract**

Exhibit Associates, Inc.
1540 Atlantic St.
Kansas City, MO 64116

Official Form 206G    Schedule G: Executory Contracts and Unexpired Leases    page 3 of 3

Fill in this information to identify the case:

Debtor name __Digital Aerolus, Inc.__

United States Bankruptcy Court for the District of __Kansas__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1.** **Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._ Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | _Check all schedules that apply:_ |
| 2.1 Jeffery Alholm | 425 W. Meyer Blvd. <br> Street <br><br> Kansas City, MO 64113 <br> City    State    ZIP Code | Jeremey Kirby | ☐ D <br> ☑ E/F <br> ☐ G |
| | | Steve Lautenschlager | ☐ D <br> ☑ E/F <br> ☐ G |
| | | Charles Brandon | ☐ D <br> ☑ E/F <br> ☐ G |
| | | Leo Johns III | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.2 Peterson, Sanford | 14012 Windsor <br> Street <br><br> Overland Park, KS 66224 <br> City    State    ZIP Code | Peterson Management Services | ☐ D <br> ☑ E/F <br> ☐ G |
| | | Commerce Bank | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.3 Rod Underwood | 10710 W. 192nd Pl. <br> Street <br><br> Spring Hill, KS 66083 <br> City    State    ZIP Code | Jeremey Kirby | ☐ D <br> ☑ E/F <br> ☐ G |
| | | Steve Lautenschlager | ☐ D <br> ☑ E/F <br> ☐ G |
| | | Charles Brandon | ☐ D <br> ☑ E/F <br> ☐ G |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | Leo Johns III | ☐ D<br>☑ E/F<br>☐ G |
| 2.4 _____ | Street _____<br>_____<br>City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | Street _____<br>_____<br>City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | Street _____<br>_____<br>City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name _____ Digital Aerolus, Inc. _____

United States Bankruptcy Court for the:

District of Kansas

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___03/10/2023___
      MM/ DD/ YYYY

**X** ___/s/ Sanford Peterson___
Signature of individual signing on behalf of debtor

___Sanford Peterson___
Printed name

___Secretary___
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name         Digital Aerolus, Inc.

United States Bankruptcy Court for the:

District of Kansas

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $0.00 |
| **For prior year:**   From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>     Conversion of Interest<br>☑ Other Payable | $364,929.24 |
| **For the year before that:**   From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>     PPP Loan & Int.<br>☑ Other Forgiveness | $512,659.32 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:**   From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:**   From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

| Debtor | Digital Aerolus, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. United Healthcare<br>Creditor's name<br><br>PO Box 19032<br>Street<br><br><br>Green Bay, WI 54307<br>City          State     ZIP Code | _____<br><br>_____<br><br>_____ | $10,843.38 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |
| 3.2. Altima Advisors<br>Creditor's name<br><br>One Liberty Place - 55th Floor<br>Street<br><br><br>Philadelphia, PA 19103<br>City          State     ZIP Code | _____<br><br>_____<br><br>_____ | $8,443.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br><br>_____<br>City          State     ZIP Code<br><br>**Relationship to debtor**<br>_____ | _____<br><br>_____<br><br>_____ | _____ | _____<br><br>_____<br><br>_____ |

**5.** **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br> City   State   ZIP Code | _____ | _____ | _____ |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br> City   State   ZIP Code | XXXX– __ __ __ | _____ | _____ |

---

**Part 3:** Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| Redwood Analytix Inc. v. Digital Aerolus, Inc. <br><br> **Case number** <br> 19LA09460 | Contract dispute | District Court of Johnson County, KS <br> Name <br><br> _____ <br> Street <br><br> Olathe, KS <br> City   State   ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| 7.2. Case title <br> Jeremey Kirby v. Digital Aerolus, et al. <br><br> **Case number** <br> 220222-1 | Nature of case <br> Kansas wage penalty dispute | Court or agency's name and address <br> KS Dept of Labor <br> Name <br> 401 SW Topeka Blvd. <br> Street <br><br> Topeka, KS 66603-3182 <br> City   State   ZIP Code | Status of case <br> ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|

Steve Lautenschlager v. Digital Aerolus et al.

Kansas wage penalty dispute

KS Dept of Labor
Name

401 SW Topeka Blvd.
Street

Topeka, KS 66603-3182
City                State    ZIP Code

☑ Pending
☐ On appeal
☐ Concluded

**Case number**

220245-1

---

| 7.4. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|

Charles Brandon v. Digital Aerolus, et al.

Kansas wage penalty dispute

KS Dept of Labor
Name

401 SW Topeka Blvd.
Street

Topeka, KS 66603-3182
City                State    ZIP Code

☑ Pending
☐ On appeal
☐ Concluded

**Case number**

220281-1

---

| 7.5. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|

Leo Johns III v. Digital Aerolus, et al.

Kansas wage penalty dispute

KS Dept of Labor
Name

401 SW Topeka Blvd.
Street

Topeka, KS 66603-3182
City                State    ZIP Code

☑ Pending
☐ On appeal
☐ Concluded

**Case number**

230071-1

---

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|

Custodian's name

Street

City            State    ZIP Code

**Case title**

**Case number**

**Date of order or assignment**

**Court name and address**

Name

Street

City            State    ZIP Code

---

**Part 4:**  Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

9.1.

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| Recipient's name | | | |
| Street | | | |
| City     State    ZIP Code | | | |
| Recipient's relationship to debtor | | | |

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1.   4 UAV storage cases were discovered missing the Monday morning of the week of our move from the production site to warehouse/storage. Empty case boxes for our newest cases were discovered in an unoccupied area of the warehouse. | None | 7/25/2022 | $3,000.00 |

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

11.1.

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| The Olsen Law Firm, LLC | Attorney's Fee | 02/10/2023 | $3,424.93 |
| **Address** | | | |
| 118 N Conistor Ln. Suite B290<br>Street | | | |
| Liberty, MO 64068<br>City     State    ZIP Code | | | |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |
| Digital Aerolus, Inc. | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Trustee | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | Leo Johns III | Sold Dell G3 Laptop and Phillips 32" Monitor | July 2022 | $550.00 |
| | **Address** | | | |
| | Street | | | |
| | City                State     ZIP Code | | | |
| | **Relationship to debtor** | | | |

| 13.2. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | John Blessing | Black magic camera 6K, Lacie hard drive, 2TB portable hard drive, GVM Lighting Kit 560AS, TV 300 MHz Oscope, TV 75" class, Ronin S Gimbal, Tilta Cage for BMPCC | 07/28/2022 | $1,695.00 |
| | **Address** | | | |
| | 3144 Black Swan Dr | | | |
| | Street | | | |
| | Shawnee, KS 66216 | | | |
| | City                State     ZIP Code | | | |
| | **Relationship to debtor** | | | |

13.3.

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| Charles Brandon | Phillips monitor, Power drill, Dremel, Desktop computer, Misc tools | 07/28/2022 | $319.00 |

**Address**

Street

City        State     ZIP Code

**Relationship to debtor**

13.4.

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| Bob Long | Dell G3 laptop, LG 32" monitor, keyboard and mouse | 07/28/2022 | $160.00 |

**Address**

Street

City        State     ZIP Code

**Relationship to debtor**

13.5.

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| David McKinney | ASUS laptop, Oscilloscope, Fluke 115 meter | 07/28/2022 | $385.00 |

**Address**

Street

City        State     ZIP Code

**Relationship to debtor**

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        page **7**

**13.6.**

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| Charles Brandon | Ipad, TV, Monitor, computer and return of previously purchased desktop computer (given $125 credit) | 9/29/2022 | $208.00 |
| **Address** | | | |
| Street | | | |
| City          State     ZIP Code | | | |
| **Relationship to debtor** | | | |

**13.7.**

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| Joe Ruckman | Drain auger 25' | 10/18/2022 | $40.00 |
| **Address** | | | |
| Street | | | |
| City          State     ZIP Code | | | |
| **Relationship to debtor** | | | |

**13.8.**

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| Tyler Lannan | 32" Phillips monitors (2) | 10/18/2022 | $100.00 |
| **Address** | | | |
| Street | | | |
| City          State     ZIP Code | | | |
| **Relationship to debtor** | | | |

**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1. <u>9910 Widmer</u>
Street

From   <u>07/2018</u>    To   <u>08/2022</u>

<u>Lenexa, KS 66215</u>
City          State    ZIP Code

---

**Part 8:**   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City   State   ZIP Code | _____ | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br><br>_____<br><br>_____ | **How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

**Part 9:**   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

     Does the debtor have a privacy policy about that information?

     ☐ No

     ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

     ☐ No. Go to Part 10.

     ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

     Has the plan been terminated?

     ☐ No

     ☐ Yes

| Debtor | Digital Aerolus, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 BMO Harris<br>Name<br><br>11301 Nall Ave.<br>Street<br><br><br>Leawood, KS 66211<br>City        State       ZIP Code | XXXX– 3  2  2  0 | ☐ Checking<br>☐ Savings<br>☑ Money market<br>☐ Brokerage<br>☐ Other | 10/21/2022 | $0.00 |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 19.1<br><br>Name<br><br>Street<br><br><br>City        State       ZIP Code | <br><br><br><br>Address | | ☐ No<br><br>☐ Yes |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 20.1<br><br>Exhibit Associates<br>Name<br>1540 Atlantic St.<br>Street<br><br><br>Kansas City, MO 64116<br>City        State       ZIP Code | Storage company owners and<br>employees<br><br><br>Address | All physical assets removed from<br>former company-leased<br>manufacturing site, includes<br>electronics and<br>bespoke/specialized parts and<br>plastics related to the company's<br>UAV production | ☐ No<br>☑ Yes |

| 20.2 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Fast Radius, Inc. <br> Name | _____ | Multiple plastic injection molds for | ☐ No |
| | 113 N May St. <br> Street | _____ | the Aertos UAV ground control unit | ☒ Yes |
| | | **Address** | _____ | |
| | Chicago, IL 60607 <br> City    State    ZIP Code | _____ | _____ | |

| 20.3 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | GEO Autonomy <br> Name | Jacob Davisson | Loaned GeoAutonomy, LLC two | ☐ No |
| | 9100 Commerce Dr. #522 <br> Street | _____ | UAV's to demonstrate for | ☒ Yes |
| | | **Address** | prospective investors | |
| | De Soto, KS 66018 <br> City    State    ZIP Code | _____ | _____ | |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Morris P. Hebert <br> Name | Storage warehouse | Aertos 130IR, along with | $32,000.00 |
| 116 Venture Blvd. <br> Street | _____ <br> N. Kansas City, MO | associated travel case, GCU and | |
| | | other standard equipment in | |
| Houma          LA      70360 <br> City    State    ZIP Code | | possession of DA for repair work | |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Jet Aircraft Services SL <br> Name | Storage warehouse | Aertos 130IR, along with | $19,000.00 |
| _____ <br> Street | _____ <br> N. Kansas City, MO | associated travel case, GCU and | |
| Centro de Negocios Eisenhower Edificio 24 Atico B 6a planta Av. Sur del Aeropuerto del Barajas 28042 Madrid Spain | | other standard equipment, in | |
| City    State    ZIP Code | | possession of DA for repair work | |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Commonwealth Edison <br> Name | GeoAutonomy, LLC | Aertos 130IR along with travel | $40,000.00 |
| 2301 Market <br> Street | _____ | case, GCU and standard equip. | |
| c/o Exelon Business Services Co. LLC | _____ | except for upgraded specialty | |
| Philadelphia    PA    19103 <br> City    State    ZIP Code | | FLIR camera, given to DA for | |
| | | refurbishment work | |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Electric Power Research Institute | Storage warehouse | 4 steel plates used for scanning | $500.00 |
| Name | | testing and Artec scanner | |
| 3420 Hillview Ave | | (attached to an Aertos 120) | |
| Street | N. Kansas City, MO | | |
| | | | |
| Palo Alto          CA     94304 | | | |
| City                State   ZIP Code | | | |

---

**Part 12:  Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ☐ Pending |
| **Case number** | Street | | ☐ On appeal |
| | | | ☐ Concluded |
| | City          State    ZIP Code | | |

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

Case 23-20226   Doc# 1   Filed 03/10/23   Page 64 of 88

| Debtor | Digital Aerolus, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| City          State     ZIP Code | City          State     ZIP Code | _____ | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.<br>_____<br>Name<br>_____<br>Street<br>_____<br>City          State     ZIP Code | _____ | EIN: _ _ – _ _ _ _ _ _ _<br><br>**Dates business existed**<br><br>From _____  To _____ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Scott Benson<br>Name<br>419 E. Partridge Ave.<br>Street<br><br>Independence, MO 64055<br>City          State     ZIP Code | From 7/2019   To current |
| 26a.2. Exact Accounting Solutions, Inc.<br>Name<br>9030 W. 168th St<br>Street<br><br>Stilwell, KS 66085<br>City          State     ZIP Code | From 9/2021   To 3/2022 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Debtor | Digital Aerolus, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| Name and address | Dates of service |
|---|---|
| 26b.1. Howe & Company CPA, PC | From 2016   To current |
| Name | |
| 1201 Walnut St Suite 950 | |
| Street | |
| | |
| Kansas City, MO 64106 | |
| City                    State              ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| Scott Benson | |
| Name | |
| 419 E. Partridge Ave. | |
| Street | |
| | |
| Independence, MO 64055 | |
| City                    State              ZIP Code | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | |
| Rod Underdown | |
| Name | |
| 10710 W. 192nd Pl. | |
| Street | |
| | |
| Spring Hill, KS 66083 | |
| City                    State              ZIP Code | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.3. | |
| Peterson, Sanford | |
| Name | |
| 14012 Windsor | |
| Street | |
| | |
| Overland Park, KS 66224 | |
| City                    State              ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. Device Services, LLC |
| Name |
| 6320 Brookside Plaza Unit 512 |
| Street |
| |
| Kansas City, MO 64113 |
| City                    State              ZIP Code |

| Debtor | Digital Aerolus, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

| Name and address |
|---|

**26d.2.** Peterson, Sanford
Name

14012 Windsor
Street

Overland Park, KS 66224
City       State       ZIP Code

| Name and address |
|---|

**26d.3.** Underdown Salt & Light LLC
Name

10710 W. 192nd Pl.
Street

Spring Hill, KS 66083
City       State       ZIP Code

| Name and address |
|---|

**26d.4.** McGrew Farms LLC
Name

14025 Melrose St
Street

Overland Park, KS 66221
City       State       ZIP Code

| Name and address |
|---|

**26d.5.** Jerome Wong
Name

94 Brown Rd
Street

Scarsdale, NY 10583
City       State       ZIP Code

| Name and address |
|---|

**26d.6.** Joe Schwerdtfeger
Name

10824 W. 140th St
Street

Overland Park, KS 66221
City       State       ZIP Code

| Name and address |
|---|

**26d.7.** Keith E. Clark Revocable Trust UTA
Name

9322 W. 155th Terr.
Street

Overland Park, KS 66221
City       State       ZIP Code

Official Form 207      Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      page **15**

| Debtor | Digital Aerolus, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

| Name and address |
|---|

26d.8.
Rosenau Investments, LLC
Name

22850 154th St
Street

Leavenworth, KS 66048
City | State | ZIP Code

| Name and address |
|---|

26d.9.
RDD Holding Company, LLC
Name

PO Box 482146
Street

Kansas City, MO 64148
City | State | ZIP Code

| Name and address |
|---|

26d.10.
CW Capital LLC
Name

4400 W. 109th St. Suite 300
Street

Leawood, KS 66211
City | State | ZIP Code

| Name and address |
|---|

26d.11.
1080 DA, LLC
Name

27101 W. 77th St.
Street

Lenexa, KS 66227
City | State | ZIP Code

| Name and address |
|---|

26d.12.
Julie Saylor Green Trust
Name

200 Ocean Road Apt. 1A
Street

Vero Beach, FL 32963
City | State | ZIP Code

| Name and address |
|---|

26d.13.
Dr. Kim Lefholz
Name

6912 Handel
Street

Colleyville, TX 76034
City | State | ZIP Code

Official Form 207
Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
page **16**

| Debtor | Digital Aerolus, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| Name and address |
|---|

26d.14.
Dr. Lisa Pioli
Name

6920 Handel
Street

Colleyville, TX 76034
City      State      ZIP Code

| Name and address |
|---|

26d.15.
John A. Alholm Revocable Trust
Name

13917 Nicklaus Dr
Street

Overland Park, KS 66223
City      State      ZIP Code

| Name and address |
|---|

26d.16.
Jason Hill
Name

15955 NW 120th St
Street

Platte City, MO 64079
City      State      ZIP Code

| Name and address |
|---|

26d.17.
Robert & Jamie Schoen
Name

1602 SW Timberline Rd
Street

Oak Grove, MO 64075
City      State      ZIP Code

| Name and address |
|---|

26d.18.
Mainstar Trust, Custodian for Scott Wesley IRA
Name

214 W. 9th St.
Street

Onaga, KS 66521
City      State      ZIP Code

| Name and address |
|---|

26d.19.
Douglas & Lori Davis Living Trust
Name

5501 N. Homestead Ln.
Street

Paradise Valley, AZ 85253
City      State      ZIP Code

Official Form 207      Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      page 17

| Debtor | Digital Aerolus, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

| Name and address |
|---|

26d.20.
Kelly Burkhart
Name

17808 Penrose Ln
Street

Lenexa, KS 66219
City                    State                    ZIP Code

| Name and address |
|---|

26d.21.
Jerome Capital LLC
Name

27101 W. 77th St.
Street

Lenexa, KS 66227
City                    State                    ZIP Code

| Name and address |
|---|

26d.22.
3823 Real Estate LLC
Name

6445 Overbrook Rd
Street

Prairie Village, KS 66208
City                    State                    ZIP Code

| Name and address |
|---|

26d.23.
2120 Shadow Lane LLC
Name

900 W. 48th Pl. Suite 900
Street

Kansas City, MO 64112
City                    State                    ZIP Code

| Name and address |
|---|

26d.24.
HSquared Investments LLC
Name

6510 Rainbow Ave
Street

Prairie Village, KS 66208
City                    State                    ZIP Code

| Name and address |
|---|

26d.25.
Elizabeth S. W. Peterson Trust
Name

14012 Windsor
Street

Overland Park, KS 66224
City                    State                    ZIP Code

| **Name and address** |
|---|

26d.26. __John E. Sundeen Jr. Trust_____
       Name

       __6421 Aberdeen Rd_____
       Street

       _____

       __Prairie Village, KS 66208_____
       City                              State                    ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____
      Name

      _____
      Street

      _____

      _____
      City                    State              ZIP Code

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Peterson, Sanford | 14012 Windsor Overland Park, KS 66224 | Secretary, Preferred Stock Series B, C & D, Common Stock, noteholder | 9.00% |
| Rod Underdown | 10710 W. 192nd Pl. Spring Hill, KS 66083 | Director, Former CFO, Preferred Stock Series B, C & D, Common Stock, noteholder | 10.00% |
| Robert K. Green | 4800 Main St. Kansas City, MO 64112 | Director, Preferred Stock Series B, C & D, Common Stock, noteholder | 21.00% |
| George McGrew | 14025 Melrose St. Overland Park, KS 66221 | Director, Preferred Stock Series B, C & D, Common Stock, noteholder | 9.00% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jeffery Alholm | 425 W. Meyer Blvd. Kansas City, MO 64113 | Director, Former CEO, Preferred Stock Series C & D, Common Stock | From 08/2016 To 06/2022 |
| John Sundeen | 6421 Aberdeen Rd Prairie Village, KS 66208 | Director, Pref Stock Series D, Common Stock | From 04/2022 To 06/2022 |

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page 19

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Device Services, LLC<br>Name<br><br>6320 Brookside Plaza Unit 512<br>Street<br><br><br>Kansas City, MO 64113<br>City                    State        ZIP Code | $1500.00 | 03/16/2022 | Consulting |

| Relationship to debtor |
|---|
| Jeff Alholm owns this LLC and is a Former CEO and Director of Debtor |

## 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

## 32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:  Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____03/09/2023____
          MM/ DD/ YYYY

X   /s/ Sanford Peterson                                  Printed name    Sanford Peterson
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Secretary

| Debtor | Digital Aerolus, Inc. | Case number *(if known)* |
| --- | --- | --- |
| | Name | |

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

**Debtor name** _____ Digital Aerolus, Inc. _____

**United States Bankruptcy Court for the:**

District of Kansas

**Case number** (if known): _____ Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals     **12/15**

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*.................................................................................... | $0.00 |

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*.................................................................................. | $407,497.02 |

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*..................................................................................... | $407,497.02 |

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | $81,800.00 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................... | $1,522.50 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................................... | **+** $3,707,190.95 |

4. **Total liabilities**................................................................................................. | $3,790,513.45 |

   Lines 2 + 3a + 3b

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**
**KANSAS CITY DIVISION**

IN RE: **Digital Aerolus, Inc.**                                        CASE NO

                                                                        CHAPTER **11**


## VERIFICATION OF CREDITOR MATRIX


The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____03/09/2023_____      Signature _____/s/ Sanford Peterson_____
                                                              Authorized Signer

Aaron Crabb
5523 Rockhill Rd.
Kansas City, MO 64110


Allay Lu Freeman
8509 W. 78th St.
Overland Park, KS 66204


Altima Advisors
One Liberty Place - 55th Floor
Philadelphia, PA 19103


Arttra
c/o Dennis Dierks
10006 W. 127th Terr.
Overland Park, KS 66213


Atlassian
Level 6
341 George St
Sydney NSW 2000 Australia


Atmos Energy
PO Box 740353
Cincinnati, OH 45274


Bennett Vavak
10420 Grant Ln.
Overland Park, KS 66212


Berkley Insurance Company
550 W. Jackson Blvd. Suite 500
Chicago, IL 60661

BMO Harris
11301 Nall Ave.
Leawood, KS 66211


BR Data and AI, LLC
8709 W. 113th St.
Overland Park, KS 66210


Charles Brandon
9020 W. 64th Pl. Apt. 104
Mission, KS 66202


Chris Aguayo
500 E. Maple St.
Glendale, CA 91205


Commerce Bank
922 Walnut Suite 1100
Kansas City, MO 64106


Commonwealth Edison
c/o Exelon Business Services Co. LLC
2301 Market
Philadelphia, PA 19103


Cortizo Abogados SCP
CIF: J82441395
Calle Pionar n 5
Madrid 28006 Spain


Credit World Services
6000 Martway St.
Mission, KS 66202

Dave Dyer
8012 Juniper Dr.
Prairie Village, KS 66208

Dennis Welzenbach
10965 Granada Ln #111
Leawood, KS 66211

Device Services, LLC
6320 Brookside Plaza Unit 512
Kansas City, MO 64113

Discovery Business Support
Services LLC
1000 Speer Blvd Apt. 701
Denver, CO 80204

Doug Bachtel
4302 W. 82nd Terr.
Prairie Village, KS 66208

Dr. Joe Schwedtfeger
12530 Newton St. Apt. 3106
Overland Park, KS 66213

Dr. Sanford Peterson
14012 Windsor
Overland Park, KS 66224

Evergy
PO Box 219330
Kansas City, MO 64121

Exact Accounting Solutions, Inc.
9030 W. 168th St
Stilwell, KS 66085


Exhibit Associates, Inc.
1540 Atlantic St.
Kansas City, MO 64116


Fast Radius, Inc.
113 N May St.
Chicago, IL 60607


Fed Ex Corp. Revenue Services
3965 Airways, Module G
Memphis, TN 38116


Fenwick & West LLp
801 California St.
Mountain View, CA 94041


Franchise Tax Board CA
PO Box 942857
Sacramento, CA 94257


Freshworks
2950 S. Delaware St Suite 201
San Mateo, CA 94403

Geoffrey Roper
16 S. 9th St. Ste 303
Duncan, OK 73533

GitHub
88 Colin P Kelly Jr. St.
San Francisco, CA 94107

Google Suite gmail and
Google drives
1600 Amphitheatre Pkwy
Mountain View, CA 94043

Gorilla Circuits
1445 Oakland Rd
San Jose, CA 95112

Hazelton & Laner
4600 Madison Suite 650
Kansas City, MO 64112

Hovey Williams
10801 Mastin Blvd. Suite 1000
Overland Park, KS 66210

Howe & Company CPA, PC
1201 Walnut St Suite 950
Kansas City, MO 64106

Humana
PO Box 4600
Carol Stream, IL 60197

Husch Blackwell
4801 Main St. Suite 1000
Kansas City, MO 64112


Intuit
E Commerce Center Pl
Tucson, AZ 85706


Jacob Wilson
12740 Flint St.
Overland Park, KS 66213


Jameson Huckaba
301 E. Armour Blvd. #514
Kansas City, MO 64111


Jeff Pease
PO Box 111
Islesford, ME 04646


Jeffrey Alholm
425 W Meyer Blvd
Kansas City, MO 64113


Jeremey Kirby
10531 W. 113th St Apt. 4407
Overland Park, KS 66210

Jerome Capital
27101 w 77th St
Shawnee, KS 66227


Jerome Wong
94 Brown Rd
Scarsdale, NY 10583


Jet Aircraft Services SL
Centro de Negocios Eisenhower Edificio
24
Atico B 6a planta
Av. Sur del Aeropuerto del Barajas
28042 Madrid Spain

John Blessing
3144 Black Swan Dr
Shawnee, KS 66216


Julie Saylor Green Trust
4800 Main St. Ste 502
Kansas City, MO 64112


Keith E. Clark Revocable Trust
9322 W 155th Terr.
Overland Park, KS 66221


Kinsta
8605 Santa Monica Blvd. #92581
West Hollywood, CA 90069

KS Dept of Labor
401 SW Topeka Blvd.
Topeka, KS 66603-3182


Laurence Williams
279 Amherst Rd Apt. 5
Sunderland, MA 01375


Leo Johns III
11515 Bradshaw
Overland Park, KS 66210


Lever 1
450 E. 4th St
Kansas City, MO 64106


Marie Barden
22287 Mulholland Hwy Suite 143
Calabasas, CA 91302


Mark Rosenau
22850 154th St.
Leavenworth, KS 66048


Mark S. Jones
4607 W. 69th Terr.
Prairie Village, KS 66208


Matt Doernhoefer
8107 Summerfield St.
Fort Myers, FL 33919

McGrew Farms
14025 Melrose
Overland Park, KS 66221


Mini Maid Jo Co
13100 W. 95th St.
Lenexa, KS 66215


Morris P. Hebert
116 Venture Blvd.
Houma, LA 70360


Mutual of Omaha
PO Box 2147
Omaha, NE 68103


Nine Ten Drones
6200 Ramsey St Suite 200
Fayetteville, NC 28311


Nova Engineering
1011 W. 45th Ave.
Denver, CO 80211


Ocean Tomo Transactions,
LLC
200 W. Madison St.
Chicago, IL 60606


Office of the United States
Attorney
Robert J. Dole U.S. Courthouse, Suite 360
500 State Ave.
Kansas City, KS 66101

Penn State University
224 Hosler Bldg.
University Park, PA 16802


Peterson Management
Services
14012 Windsor St.
Overland Park, KS 66224


Sanford Peterson
14012 Windsor
Overland Park, KS 66224


RDD Holding Company, LLC
4501 W. 135th St.
Overland Park, KS 66224


Redwood Analytix
13851 W. 63rd St. #301
Shawnee, KS 66216


Richard Pease
7516 W. 95th Terr.
Overland Park, KS 66212


RN Technologies
1225 Franklin Ave Suite 325
Garden City, NY 11530


Robert Green
4800 Main St. Ste 502
Kansas City, MO 64112

Rodney Underdown
10710 W. 192nd Pl.
Spring Hill, KS 66083

RRL, LLC
638 Soldier Creek Rd Sheridan,
WY 82801

SAVTEQ, Inc.
ASTeCC Building A115
145 Graham Ave.
Lexington, KY 40506

Scott Benson
419 E. Partridge Ave.
Independence, MO 64055-1421

Shark-co Mfg., LLC
1231 Indianapolis Ave
Lebanon, IN 46052

Siegfreid Bingham PC
Dept. 582
PO Box 412917
Kansas City, MO 64141

## Small Business Administration

District Counsel
US Small Business Administration
220 W. Douglas Ave. Suite 450
Wichita, KS 67202

## Spectrum Business

PO Box 1104
Carol Stream, IL 60132

## Steve Lautenschlager

120 NE 103rd Terr.
Kansas City, MO 64155

## Steven Vick

2703 University Dr Apt. 101
Lawrence, KS 66049

## The Dodo Brand

19634 W. 115th Ct.
Olathe, KS 66061

## The UPS Store

11184 Antioch Rd
Overland Park, KS 66210

## Thomas Williams

68 Nickerson Rd.
Orleans, MA 02653

## Underdown Salt & Light LLC

10710 W. 192nd Pl.
Spring Hill, KS 66083

United Healthcare
PO Box 19032
Green Bay, WI 54307

Venture Industrial Products,
Inc.
525 SE Oldham Pkwy
Lees Summit, MO 64081

Waste Management
PO Box 55558
Boston, MA 02205

Widmer Partners, LLC
221 W. 74th Terr.
Kansas City, MO 64114

Worldwide Express
500 N. Capital of Texas Hwy
Austin, TX 78746

Zodiac Founders
20 Winchester Dr.
Glen Head, NY 11545